UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

            Plaintiff,                   Case No. 1:05:CR:237

v.

                                     HON. GORDON J. QUIST

KATHY DE-LOS ANGELES CASTANO,

            Defendant.

_____/

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.     The Report and Recommendation of the Magistrate Judge filed March 6, 2006, is approved and adopted as the Opinion and Findings of this Court.

2.     Defendant Kathy De-Los Angeles Castano's plea of guilty to Count One of the Indictment is accepted.  Defendant Kathy De-Los Angeles Castano is adjudicated guilty.

3.     Defendant Kathy De-Los Angeles Castano shall be detained pending sentencing.

4.     A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:  March 24, 2006                   _____/s/ Gordon J. Quist_____
                                          GORDON J. QUIST
                                          UNITED STATES DISTRICT JUDGE